```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

JAMES MONROE DAILEY,            *

    Plaintiff,              *

vs.                             *
                                      CASE NO. 4:22-CV-8-CDL-MSH

CHARLES FLEMING, *et al.*,      *

    Defendants.             *

---

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 10, 2023 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 6th day of June, 2023.

                                                        S/Clay D. Land
                                                        CLAY D. LAND
                                                        U.S. DISTRICT COURT JUDGE
                                                        MIDDLE DISTRICT OF GEORGIA