IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES MONROE DAILEY, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-cv-8-CDL-MSH |
| | * |
| CHARLES FLEMING, et al., | * |
| Defendants. | * |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated June 6, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of June, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk